BEFORE THE FIRST DIVISION, DECEMBER 2, 1965

No. 69652.—Border Brokerage Co. et al. *v.* United States, protests 61/4972, etc. (Seattle).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of plastic stir sticks similar in all material respects to those the subject of Abstract 68090, the claim of the plaintiffs was sustained.